Margaret C. Henricks, Appellant, *v.* Arthur P. Henricks, Respondent.

Submitted February 20, 1950; decided March 2, 1950.

*J. Leo Rothschild* for motion.

*Peter L. F. Sabbatino* opposed.

Motion denied, with $10 costs.